**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

MORRISON MANAGEMENT SPECIALISTS, INC.                    PLAINTIFF

v.                              NO. 5:11CV00276 JLH

DAVIS NURSING ASSOCIATION d/b/a
DAVIS LIFE CARE CENTER; HAZEL STREET
NURSING ASSOCIATION d/b/a DAVIS EAST;
GARDEN POINTE LIVING CENTER, INC.;
WHISPERING KNOLL LIMITED PARTNERSHIP;
and THE GARDENS AT WHISPERING KNOLL
LIMITED PARTNERSHIP, collectively doing
business as DAVIS LIFE CARE SERVICES                     DEFENDANTS

<u>**ORDER**</u>

The motion for *pro hac vice* admission of Robert F. Tom is GRANTED.  Document #12.

Mr. Tom is hereby admitted to appear before this Court as co-counsel for the plaintiff in this action.

IT IS SO ORDERED this 8th day of December, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE